1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   EDWARD MAYES,                               No.  2:12-cv-1726-KJM-EFB

11                  Plaintiff,

12           v.                                  ORDER

13   KAISER FOUNDATION HOSPITALS,
     et al.,
14
                     Defendants.
15

16

17          On October 30, 2013, the court heard plaintiff's motion to compel defendants Kaiser

18   Foundation Hospital ("Kaiser"), Janitress Nathaniel, and Sherrie Ambrose (collectively

19   "defendants") to respond to plaintiff's discovery requests.  ECF No. 36.  Attorney John Stoller

20   appeared on behalf of plaintiff; attorney Seth Neulight appeared on behalf of defendants.

21          For the reasons stated on the record, plaintiff's motion is denied as to his request that

22   Kaiser be compelled to respond to plaintiff's First Request for Production of Documents, requests

23   numbers one though four and six through nine.  As stated on the record, plaintiff's motion as to

24   his request that defendants Nathaniel and Ambrose be compelled to respond to plaintiff's requests

25   for production of documents is denied without prejudice to renewal after the depositions of

26   Nathaniel and Ambrose have been completed.

27          SO ORDERED

28   DATED:  November 5, 2013.
                                            _____
                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE