UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDWARD MAYES,<br><br>            Plaintiff,<br><br>     v.<br><br>KAISER FOUNDATION HOSPITALS,<br>et al.,<br><br>            Defendants. | No.  2:12-cv-1726-KJM-EFB<br><br><br>ORDER |

On October 30, 2013, the court heard plaintiff's motion to compel defendants Kaiser Foundation Hospital ("Kaiser"), Janitress Nathaniel, and Sherrie Ambrose (collectively "defendants") to respond to plaintiff's discovery requests.  ECF No. 36.  Attorney John Stoller appeared on behalf of plaintiff; attorney Seth Neulight appeared on behalf of defendants.

For the reasons stated on the record, plaintiff's motion is denied as to his request that Kaiser be compelled to respond to plaintiff's First Request for Production of Documents, requests numbers one though four and six through nine.  As stated on the record, plaintiff's motion as to his request that defendants Nathaniel and Ambrose be compelled to respond to plaintiff's requests for production of documents is denied without prejudice to renewal after the depositions of Nathaniel and Ambrose have been completed.

        SO ORDERED

DATED:  November 5, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE