UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MAYES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KAISER FOUNDATION HOSPITALS, WANETTA MCGRIFF, JANITRESS NATHANIEL, SHERIE AMBROSE, and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:12-CV-01726-KJM-EFB<br><br>**STIPULATION AND ORDER FOR WAIVER OF COSTS AND APPEAL** |

STIPULATION AND ORDER FOR WAIVER OF
COSTS AND APPEAL
(Case No. 2:12-cv-01726-KJM-EFB)

The parties to the above-captioned action, Plaintiff Edward Mayes ("Plaintiff") and Defendants Kaiser Foundation Hospitals, Wanetta McGriff, Janitress Nathaniel, and Sherie Ambrose (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 3, 2014, the Court entered Judgment in this action in favor of Defendants and against Plaintiff; and

WHEREAS, On June 4, 2014, Defendants filed a Bill of Costs seeking recovery of their costs incurred in this action in the total amount of $14,926.40; and

WHEREAS, the parties now desire merely to avoid the costs, burdens and delays associated with further litigation, including an appeal from the Judgment;

NOW THEREFORE, the parties agree as follows:

1. Defendants shall waive their rights to seek recovery of the costs set forth in the Bill of Costs filed in this action, and shall release Plaintiff from any obligation to pay those costs;

2. Plaintiff shall waive his right to file an appeal from the Judgment in this action;

3. The parties each shall bear their own respective costs and attorneys' fees incurred in this action.

The undersigned counsel of record each certify that they have disclosed the terms of this Stipulation and Proposed Order to their respective clients, and that each of the parties consents to the Stipulation and to entry of the Proposed Order.

IT IS SO STIPULATED

Dated: July 3, 2014                           PRICE AND ASSOCIATES


By:__/s/Pamela Y. Price_____
    Pamela Y. Price

Attorneys for Plaintiff
EDWARD MAYES

-1-
STIPULATION AND ORDER FOR WAIVER OF
COSTS AND APPEAL
(Case No. 2:12-cv-01726-KJM-EFB)

Dated: July 3, 2014                                    NIXON PEABODY LLP

By:   /s/Seth L. Neulight
          Seth L. Neulight

Attorneys for Defendants
KAISER FOUNDATION HOSPITALS, WANETTA McGRIFF, JANITRESS NATHANIEL, and SHERIE AMBROSE

## **ORDER**

Pursuant to the parties' Stipulation as set forth above, the Court hereby orders that:

1. The Judgment entered in this action is final, as Plaintiff has waived his right to take an appeal therefrom; and

2. Plaintiff is fully released from of any obligation to pay Defendants the costs set forth in Defendants' Bill of Costs, filed on June 4, 2014, as Defendants have agreed to waive those costs.

IT IS SO ORDERED.

Dated:   July 31, 2014.

_____
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND ORDER FOR WAIVER OF
COSTS AND APPEAL
(Case No. 2:12-cv-01726-KJM-EFB)